**~~PROPOSED~~ ORDER**

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

TROY D. SCHLAITZER,
Plaintiff,

v.

FOSS MARITIME COMPANY, LLC, and
INLANDBOATMEN'S UNION OF THE PACIFIC,
Defendants.

**Case No. 2:26-cv-01998-JCC**

**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO SERVE**

This matter comes before the Court on Plaintiff's Motion (**dkt 4**) for Extension of Time to Serve Defendants pursuant to Fed. R. Civ. P. 4(m). The Court has considered the motion and the record. Good cause appearing, it is hereby

ORDERED that Plaintiff's Motion is GRANTED. Plaintiff shall serve Defendants Foss Maritime Company, LLC and Inlandboatmen's Union of the Pacific no later than December 7, 2026.

Dated this 19th day of August 2026.

**The Honorable John C. Coughenour**
**United States District Judge**